UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TRUSTEES OF DETROIT CARPENTERS
FRINGE BENEFIT FUNDS,

       Plaintiff,                         Case No. 25-cv-13880
                                                  Hon. Matthew F. Leitman

v.

Q & A CORPORATION GROUP,
d/b/a Q & A Corporation,

       Defendant.

_____/

## ORDER DISMISSING CASE

     Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff,

this case is DISMISSED without prejudice.

     **IT IS SO ORDERED.**

                                   s/Matthew F. Leitman
                                   MATTHEW F. LEITMAN
                                   UNITED STATES DISTRICT JUDGE

Dated:  January 29, 2026

     I hereby certify that a copy of the foregoing document was served upon the
parties and/or counsel of record on January 29, 2026, by electronic means and/or
ordinary mail.

                                     s/Holly A. Ryan
                                   Case Manager
                                   (313) 234-5126